# Court of Appeals
# of the State of Georgia

ATLANTA, __September 19, 2014__

*The Court of Appeals hereby passes the following order:*

## A15A0108.  BOBBY J. HEARD v. LATEESE GAMAL FORD et al.

Bobby J. Heard filed a pro se complaint against Lateese Gamal Ford, Charlotte R. Ford and Ford Enterprises, LLC, alleging RICO claims and fraud claims and seeking punitive damages.[1]  Heard filed a motion for summary judgment, which the trial court denied. Heard then filed this direct appeal.

The trial court's order denying the motion for summary judgment was not a final order, because the case remains pending below.  Accordingly, Heard was required to comply with the interlocutory appeal procedures of OCGA § 5-6-34 (b) to obtain appellate review at this point. See *Pace Constr. Corp. v. Northpark Assoc.,* 215 Ga. App. 438, 439 (450 SE2d 828) (1994).  Because Heard failed to comply with the requisite interlocutory procedures, his premature appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* __09/19/2014__
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Although Heard styled his complaint as one seeking "declaratory judgment, preliminary and permanent injunctive relief, and monetary damages," the complaint actually alleged RICO violations and fraud.  Thus, OCGA § 5-6-34 (a) (4), which permits a direct appeal from orders denying injunctive relief, has no application. See *Pettus v. Drs. Paylay, Frank & Brown, P.C.*, 193 Ga. App. 335 (387 SE2d 613) (1989) (in construing pleadings, substance controls over nomenclature).